# EXHIBIT A

```
Malik Shakur
In Pro Per
5440 Crenshaw Boulevard
Los Angeles, California 90043
Telephone: (562) 209-8752
omarimalik@yahoo.com
```

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAR 24 2025

David W. Slayton, Executive Officer/Clerk of Court

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

Malik Shakur, an individual,

    Plaintiff,

vs.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS; SEAN O'BRIEN; FRED ZUCKERMAN; TEAMSTERS LOCAL 848; ERIC TATE; PRESTON RICHEY, TEAMSTERS LOCAL 63; RANDY CAMMACK; RON SEAMANS; and DOES 1 through 50, inclusive,

    Defendants.

Case No.: 25STCV08477

**COMPLAINT FOR DAMAGES FOR:**

(1) RACE DISCRIMINATION AND WRONGFUL TERMINATION IN VIOLATION OF FEHA
(2) HARASSMENT AND HOSTILE WORK ENVIRONMENT IN VIOLATION OF FEHA
(3) RETALIATION IN VIOLATION OF FEHA
(4) FAILURE TO PREVENT HARASSMENT DISCRIMINATION AND RETALIATION IN VIOLATION OF FEHA
(5) VIOLATION OF LABOR CODE SECTION 1102.5
(6) VIOLATION OF CALIFORNIA CIVIL CODE SECTION 43
(7) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
(8) NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
(9) VIOLATION OF ADA SECTION 51
(10) VIOLATION OF DUE PROCESS

|     |                                                                                         |
| --- | --------------------------------------------------------------------------------------- |
| (11) | **VIOLATION OF DUTY OF FAIR REPRESENTATION** |
| (12) | **BREACH OF CONTRACT UNDER NATIONAL MASTER FREIGHT AGREEMENT** |

Malik Shakur (hereinafter, "Plaintiff"), on information and belief, makes the following allegations to support this Complaint.

1. Plaintiff, Malik Shakur, brings this action against defendants International Brotherhood of Teamsters, Sean O'Brien, Fred Zuckerman, Teamsters Local 848, Eric Tate, Preston Richey, Teamsters Local 63, Randy Cammack, Ron Seamans, and Does 1-50 inclusive (hereinafter, "Defendants"), seeking among other things, statutory and compensatory damages arising out of Defendants' violations of California Fair Employment & Housing Act (FEHA) (Gov. Section Code 12900 et seq.), California Civil Code Section 43, and various California Labor Code Sections, retaliation, discrimination, and wrongful terminations, failure to prevent discrimination and harassment, violation of Due Process, and violation of Fair Representation.

2. International Brotherhood of Teamsters, Western Freight Coordinator Mr. Ron Seamans conspired along with Teamsters Local 848 business Agent Preston Richey and TMI Freight Labor Relations Director Tom Walters to deny Plaintiff's Due Process, Breach of Contract, and FEHA and ADA rights afforded under the National Master Freight Agreement (hereinafter, "NMFA") and California State laws.

3. Defendants denied Plaintiff the opportunity to have his wrongful termination hearing in a timely manner.

4. Other Teamsters were afforded rights to material under the NMFA and procedures that Defendants denied Plaintiff because of overt dislike and discrimination.

5. During Plaintiff's termination hearing on March 24, 2023, Plaintiff called a liar by Defendant, Mr. Seamans and throughout the virtual hearing, Defendant, Mr. Seaman was observed on at least five (5) occasions on his personal cellphone or engaged

in conversations with others in the room that he was in without paying attention to what Plaintiff was trying to convey in his defense of his wrongful termination.

6. Defendant Mr. Seaman's actions were in retaliation of Plaintiff's calling the International Headquarters and threatening to sue Defendant, President Mr. Sean O'Brien and Defendant International Brotherhood of Teamsters for discrimination, due process and breach of contract.

7. Defendant Teamsters Local 848 Business Agent Preston Richey abdicated his responsibility to provide Plaintiff with Fair Representation and created a Breach of Contract before and during Plaintiff's termination hearing on March 24, 2023.

8. Defendant Mr. Richey has displayed a hostile attitude towards Plaintiff throughout his seven (7) years of being a member of Teamsters Local 848. During Plaintiff's two and half (2 ½) plus years of Plaintiff trying to get Defendant Mr. Preston Richey to follow the NMFA to force Defendant Teamsters Local 848 to comply with mandates of the NMFA as it applied to Plaintiff's wrongful termination as well as Defendant Teamsters Local 848 withholding documents that Plaintiff needed to prove that his termination was unjust and without merit.

9. Defendant Preston Richey would at times become perturb toward Plaintiff when he would Defendant Preston Richey in assisting Plaintiff.

10. During Plaintiff's termination hearing on March 24, 2023, Defendant Preston Richey has always failed to prepare and due his Due Diligence and provide help towards Plaintiff to retain his job that he had held for over two decades.

11. By contrast unknown to Plaintiff at the time of the hearing, Defendant Preston Richey instructed several Local 848 Union members not to assist Plaintiff during his termination hearing by saying, "Let Malik do all the talking", even though Plaintiff, at no time, had told Defendant Preston Richey that he didn't want anyone's help.

12. In a clear violation of the NMFA, Defendant Preston Richey allwed Teamsters Local 848 to introduce all material being used against Plaintiff to be introduced within the hour of Plaintiff's hearing. Defendant Preston Richey's action

3
COMPLAINT FOR DAMAGES

were an egregious violation of the NMFA on the part of Defendant Teamsters Local 848. All material used in any hearing was supposed to be turned over to the opposing side several dates before the hearing to allow the other side adequate time to counter and prepare an adequate defense to prove its case.

13. Plaintiff was made aware of Defendant Richey Preston's disregard of the NMFA several days later by him.

14. In retrospect Plaintiff shouldn't have been surprised by Defendant Richey Preston's actions because during several prior terminations and suspensions he failed to provide any assistance during Plaintiff's hearings. As a result, Plaintiff had to reach out the National Labor Relations Board ("NLRB") and other US Government entities to get the proper redress that Plaintiff deserved.

15. Defendant Preston Richey's disdain and hostilities t

16. Both Defendants have made threats directly to Plaintiff and allowed Teamsters Local 848 to put me through a constant harassment and discrimination campaign towards Plaintiff that immensely contributed to life-threatening health issues that Plaintiff is still dealing with and being treated for.

17. Defendant Teamsters Local 848 President Eric Tate was very well aware through emails, fact-to-face conversations, and telephonic conversations of Plaintiff's displeasure of how he was being treated and the lack of competent representation that Plaintiff received from Defendant Preston Richey and Defendant Eric Tate failed to demand that Defendant Preston Richey provide Plaintiff with fair representation.

## FIRST CAUSE OF ACTION
### RACE DISCRIMINATION AND WRONGFUL TERMINATION IN VIOLATION OF THE FAIR EMPLOYMENT AND HOUSING ACT
### Gov. Code 12940
#### (Against All Defendants)

18. Plaintiff restates and incorporates by reference, as though fully set forth herein, each and every allegation set forth in the paragraphs above.

19. Plaintiff will expand on this Cause of Action, as well as any additional Cause of Actions, when he retains a professional lawyer to help him further, as Plaintiff is filing this Complaint in Pro Per.

## SECOND CAUSE OF ACTION
## HARASSMENT AND HOSTILE WORK ENVIRONMENT IN VIOLATION OF THE FAIR EMPLOYEE AND HOUSING ACT
### (Gov. Code 12940, Subd. (j) (1)
### (Against All Defendants)

20. Plaintiff restates and incorporates by reference, as though fully set forth herein, each and every allegation set forth in the paragraphs above.

21. Plaintiff will expand on this Cause of Action, as well as any additional Cause of Actions, when he retains a professional lawyer to help him further, as Plaintiff is filing this Complaint in Pro Per.

## THIRD CAUSE OF ACTION
## RETALIATION IN VIOLATION OF THE FAIR EMPLOYMENT AND HOUSING ACT
### (Gov. Code Section 12940, Subd. (f))
### (Against All Defendants)

22. Plaintiff restates and incorporates by reference, as though fully set forth herein, each and every allegation set forth in the paragraphs above.

23. Plaintiff will expand on this Cause of Action, as well as any additional Cause of Actions, when he retains a professional lawyer to help him further, as Plaintiff is filing this Complaint in Pro Per.

///
///
///
///
///

## FOURTH CAUSE OF ACTION

## FAILURE TO PREVENT DISCRIMINATION, HARASSMENT, AND RETALIATION IN VIOLATION OF THE FAIR EMPLOYMENT AND HOUSING ACT

### (Gov. Code Section 12940, et. seq.)

**(Against All Defendants)**

24. Plaintiff restates and incorporates by reference, as though fully set forth herein, each and every allegation set forth in the paragraphs above.

25. Plaintiff will expand on this Cause of Action, as well as any additional Cause of Actions, when he retains a professional lawyer to help him further, as Plaintiff is filing this Complaint in Pro Per.

## FIFTH CAUSE OF ACTION

## VIOLATION OF LABOR CODE SECTION 1102.5

**(Against All Defendants)**

26. Plaintiff restates and incorporates by reference, as though fully set forth herein, each and every allegation set forth in the paragraphs above.

27. Plaintiff will expand on this Cause of Action, as well as any additional Cause of Actions, when he retains a professional lawyer to help him further, as Plaintiff is filing this Complaint in Pro Per.

## SIXTH CAUSE OF ACTION

## VIOLATION OF CALIFORNIA CIVIL CODE SECTION 43

**(Against All Defendants)**

28. Plaintiff restates and incorporates by reference, as though fully set forth herein, each and every allegation set forth in the paragraphs above.

29. Plaintiff will expand on this Cause of Action, as well as any additional Cause of Actions, when he retains a professional lawyer to help him further, as Plaintiff is filing this Complaint in Pro Per.

///

## SEVENTH CAUSE OF ACTION

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

### (Against All Defendants)

30. Plaintiff restates and incorporates by reference, as though fully set forth herein, each and every allegation set forth in the paragraphs above.

31. Plaintiff will expand on this Cause of Action, as well as any additional Cause of Actions, when he retains a professional lawyer to help him further, as Plaintiff is filing this Complaint in Pro Per.

## EIGHTH CAUSE OF ACTION

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

### (Against All Defendants)

32. Plaintiff restates and incorporates by reference, as though fully set forth herein, each and every allegation set forth in the paragraphs above.

33. Plaintiff will expand on this Cause of Action, as well as any additional Cause of Actions, when he retains a professional lawyer to help him further, as Plaintiff is filing this Complaint in Pro Per.

## NINTH CAUSE OF ACTION

## VIOLATION OF ADA SECTION 51

### (Against All Defendants)

34. Plaintiff restates and incorporates by reference, as though fully set forth herein, each and every allegation set forth in the paragraphs above.

35. Plaintiff will expand on this Cause of Action, as well as any additional Cause of Actions, when he retains a professional lawyer to help him further, as Plaintiff is filing this Complaint in Pro Per.

///
///
///
///

## TENTH CAUSE OF ACTION

## VIOLATION OF DUE PROCESS

### (Against All Defendants)

36. Plaintiff restates and incorporates by reference, as though fully set forth herein, each and every allegation set forth in the paragraphs above.

37. Plaintiff will expand on this Cause of Action, as well as any additional Cause of Actions, when he retains a professional lawyer to help him further, as Plaintiff is filing this Complaint in Pro Per.

## ELEVENTH CAUSE OF ACTION

## VIOLATION OF DUTY OF FAIR REPRESENTATION

### (Against All Defendants)

38. Plaintiff restates and incorporates by reference, as though fully set forth herein, each and every allegation set forth in the paragraphs above.

39. Plaintiff will expand on this Cause of Action, as well as any additional Cause of Actions, when he retains a professional lawyer to help him further, as Plaintiff is filing this Complaint in Pro Per.

## TWELFTH CAUSE OF ACTION

## BREACH OF CONTRACT UNDER NATIONAL MASTER FREIGHT AGREEMENT

### (Against All Defendants)

40. Plaintiff restates and incorporates by reference, as though fully set forth herein, each and every allegation set forth in the paragraphs above.

41. Plaintiff will expand on this Cause of Action, as well as any additional Cause of Actions, when he retains a professional lawyer to help him further, as Plaintiff is filing this Complaint in Pro Per.

///

///

///

COMPLAINT FOR DAMAGES

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that Judgment be entered in his favor and against Defendants, and each of them, as follows, for:

1. All special damages, according to proof;
2. General damages for emotional distress and mental anguish in a sum according to proof;
3. For equitable relief;
4. For prejudgment interest at the prevailing legal rate;
5. Attorney's fees and costs as permitted based on above causes of action;
6. For punitive damages in an amount sufficient to punish and make an example out of all individual Defendants; and
7. Such other and further relief as this Court may deem just and proper.

Dated: March 24, 2025

*/s/ Malik Shakur*
Malik Shakur
In Pro Per