UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK SHAKUR,<br><br>        Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS et al.,<br><br>        Defendants. | Case No. 2:25-cv-07450-SB-E<br><br><br>FINAL JUDGMENT |

For the reasons stated in the separate order entered this day granting Defendants' motions to dismiss the First Amended Complaint, it is ordered and adjudged that Plaintiff Malik Shakur's claims are dismissed on the merits with prejudice.

This is a final judgment.


Date: February 6, 2026                    _____
                                              Stanley Blumenfeld, Jr.
                                            United States District Judge